Case 2:22-cv-00956-JAD-EJY Document 9-1 Filed 05/01/23 Page 1 of 2

RECEIVED
___ ENTERED      ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 01 2023

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

Mark Clifford Sykes, )
                                      ) C/A No.: 2:22-cv-00956-JAD-EJY
        Plaintiff, )
                                      )
v. ) PLAINTIFF'S ANSWERS TO
                                      ) LOCAL RULE 26.01 (DSC)
                                      ) INTERROGATORIES
HENDERSON POLICE DEPARTMENT, )
et al., )
       Defendant. )

TO: THE ABOVE NAMED DEFENDANT:

(A) State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of that interest.

**RESPONSE:** None that relate to Mark C. Sykes claim.

(B) As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:** I am exercising my right under the 7th Amendment of the U.S. Constitution to a Trial by Jury.

(C) State whether the party submitting these responses is a publicly-owned company and separately identify: (1) any parent corporation and any publicly-held corporation owning ten percent (10%) or more of the party's stock; (2) each publicly-owned company of which it is a parent; and (3) each publicly-owned company in which the party owns ten percent (10%) or more of the outstanding shares.

**RESPONSE:** No.

(D) State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division). *See* Local Civ. Rule 3.01 (D.S.C.).

**RESPONSE:** The violation(s) which gives rise to these claims occurred within this division.

1

The Defendants have violated the rigts of the plaintiff relating to the events and/or omissions alleged. Additionally, the Plaintiff resides within this district.

(E) Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide: (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that may be related regardless of whether they are still pending. Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

**RESPONSE:** No.

"Without Prejudice"

By: *Mark Clifford : Sykes Bene*

Mark Clifford Sykes, "proper name" pursuant to Title 18, sec. 1342
U.C.C. 1-308
c/o P.O. Box 91614
Henderson, via Nevada Republic, Zip Exempt [89009]
email: windsorsykes@yahoo.com
ph. 725-254-0279