**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes | 2:22-cv-00956-JAD-EJY |
| DEFENDANT | TYPE OF PROCESS |
| HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA, et al. | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
223 Lead Street, Henderson, Nevada, 89015

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m

Signature of ~~Attorney~~ other Originator requesting service on behalf of: *Mark Clifford Sykes* (Plaintiff)
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 725-254-0279
DATE: 09-02-2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1/4 | No. 048 | No. 048 | | 3 OCT 2023 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served (if not shown above)
M. Mattingly / Admin Asst.

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 10/19/23    Time: 11:30 ☐ am ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
1st endeavor- Does not accept process at this location 10/6/23 @ 1:09pm
2nd endeavor- Told to serve at City Hall. City Hall closed 10/6/23 @ 1:30pm

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Mark Clifford Sykes, <br><br> *Plaintiff(s)* <br> v. <br> Henderson Police Department, et al, <br><br> *Defendant(s)* | Civil Action No. 2:22-cv-00956-JAD-EJY <br><br> REC'D USMS D/NV <br> 2023 SEP 27 AM 09:46 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  City of Henderson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Mark Clifford Sykes
P.O. Box 91614
Henderson, NV 89009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2023

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00956-JAD-EJY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* HENDERSON POLICE DEPT
was received by me on *(date)* 10/3/23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* M. Mattingly , who is
designated by law to accept service of process on behalf of *(name of organization)* HPD
_____ on *(date)* 10/19/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/23

_____
Server's signature

DUSM M. Desch
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

REC'D USMS D/NV
2023 SEP 07 PM 12:29

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes | 2:22-cv-00956-JAD-EJY |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| Officer C. Watts P#2171, et al. | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Officer C. Watts - HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
223 Lead Street, Henderson, Nevada, 89015

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

REC'D USMS D/NV
2023 OCT 02 AM 08:26

Signature of Attorney other Originator requesting service on behalf of:
Mark Clifford Sykes ARR. — Plaintiff

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 725-254-0279
DATE: 09/02/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2/4 | No. 048 | No. 048 | PCJ | 3 OCT 2023 |

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
C. Watts

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/19/23   Time: 2:15   [ ] am [X] pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
1st endeavor - does not accept process at this location - 10/6/23 @ 1:09pm
2nd endeavor - 10/19/2023 @ 2:15pm - Served C. Watts @ 225 E. Sunset Rd

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Mark Clifford Sykes, <br><br> *Plaintiff(s)* <br> v. <br> Henderson Police Department, et al, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-cv-00956-JAD-EJY |

REC'D USMS D/NV
2023 SEP 27 AM 09:46

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   C. Watts
  Officer P#2171

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Mark Clifford Sykes
  P.O. Box 91614
  Henderson, NV 89009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2023    _____
       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00956-JAD-EJY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* C. WATTS
was received by me on *(date)* 10/3/23 .

☒ I personally served the summons on the individual at *(place)* 225 E Sunset Ave
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/23

_____
Server's signature

DUSM M. Resch
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECD USMS D/NV
2023 SEP 07 PM 12:29

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Mark Clifford Sykes | 2:22-cv-00956-JAD-EJY |
| DEFENDANT | TYPE OF PROCESS |
| Sergeant K. Abernathy P#1207, et al. | Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sergeant K. Abernathy P#1207 - HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
223 Lead Street, Henderson, Nevada, 89015

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

RECD USMS D/NV
2023 OCT 02 AM 09:26

*Mark Clifford Sykes ARR.*
Signature of ~~Attorney~~ other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 725-254-0279
DATE: 09/02/2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process 3/4 | District of Origin No. 048 | District to Serve No. 048 | Signature of Authorized USMS Deputy or Clerk | Date 3 OCT 2023 |
|---|---|---|---|---|---|

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Lt. Amundson

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 10/19/23
Time: 2:00  ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1st endeavor - does not accept process at this location 10/6/23 @ 1:09 pm
2nd endeavor - Served Lt. Amundson

DISTRIBUTE TO:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Mark Clifford Sykes, <br><br> *Plaintiff(s)* <br> v. <br> Henderson Police Department, et al, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 2:22-cv-00956-JAD-EJY |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Sergeant K. Abernathy
P#1207



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Mark Clifford Sykes
P.O. Box 91614
Henderson, NV 89009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 9/27/2023

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00956-JAD-EJY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* K. ABERNATHY
was received by me on *(date)* 10/3/23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Lt. Amundson , who is
designated by law to accept service of process on behalf of *(name of organization)* HPD
_____ on *(date)* 10/19/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/23

_____
Server's signature

DUSM M. DesLL
*Printed name and title*

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

**U.S. Department of Justice**
United States Marshals Service

| | |
|---|---|
| **PLAINTIFF** Mark Clifford Sykes | **COURT CASE NUMBER** 2:22-cv-00956-JAD-EJY |
| **DEFENDANT** Officer B. Shaffer P#2237, et al. | **TYPE OF PROCESS** Civil |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
B. Shaffer - HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
223 Lead Street, Henderson, Nevada, 89015

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Mark Clifford Sykes,
c/o P.O. Box # 91614
Henderson, Nevada [89009]

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 4 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA
(702) 828-3111
Hours of Operation M-F from 7:00 a.m. to 6:00 p.m., Saturday & Sunday from 8 a.m. to 5 p.m.

Signature of ~~Attorney~~ other Originator requesting service on behalf of: Mark Clifford Sykes: A.R.R. (Plaintiff)

☒ PLAINTIFF    ☐ DEFENDANT
TELEPHONE NUMBER: 725-254-0279
DATE: 09-02-2023

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 4/4 | District of Origin No. 048 | District to Serve No. 048 | Signature of Authorized USMS Deputy or Clerk PCS | Date 3 OCT 2023 |

☒ I hereby certify and return that I have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)
Officer B. Seakatz

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 10/19/23    Time: 2:15 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS: 1st endeavor- does not accept process at this location 10/6/23 at 1:09pm
2nd endeavor - 10/19/2023 @ 2:15pm.

DISTRIBUTE TO: 1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Mark Clifford Sykes,<br><br>*Plaintiff(s)*<br>v.<br>Henderson Police Department, et al,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 2:22-cv-00956-JAD-EJY |

REC'D USMS D/NV
2023 SEP 27 AM 09:46

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  B. Shaffer
Officer P#2171

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Mark Clifford Sykes
P.O. Box 91614
Henderson, NV 89009

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 9/27/2023                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-cv-00956-JAD-EJY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* B. SHAFFER
was received by me on *(date)* 10/3/23 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Officer Seakatz , who is
designated by law to accept service of process on behalf of *(name of organization)* B. Shaffer
_____ on *(date)* 10/19/23 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/19/23

_____
Server's signature

DUSM M. Desch
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

U.S. Marshals Service
333 Las Vegas Blvd S, Suite 2058
Las Vegas, NV 89101-7080