# EXHIBIT A –

Notice of Taking Plaintiff's Videotaped Deposition

**NICHOLAS G. VASKOV**
City Attorney
Nevada Bar No. 8298
**NANCY D. SAVAGE**
Assistant City Attorney
Nevada Bar No. 392
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
nancy.savage@cityofhenderson.com

Attorneys for Defendants
City of Henderson, Officer C. Watts,
Officer B. Shaffer, Sgt. K. Abernathy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLIFFORD SYKES, | CASE NO.: 2:22-cv-00956-JAD-EJY |
| Plaintiff, | |
| v. | **NOTICE OF TAKING PLAINTIFF'S VIDEOTAPED DEPOSITION** |
| CITY OF HENDERSON (A.K.A.) HENDERSON POLICE DEPARTMENT of CLARK COUNTY NEVADA, OFFICER C. WATTS P#2171, OFFICER B. SHAFFER P#2237, SERGEANT K. ABERNATHY P#1207 in their individual capacity, et.al., | |
| Defendants. | |

TO:   Mark Clifford Sykes, Plaintiff

PLEASE TAKE NOTIE THAT Defendants will take the videotaped deposition of Plaintiff, Mark Clifford Sykes on **March 5, 2025, at 1:30 p.m.**, upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, before a Notary Public, or before some other officer authorized by law to administer oaths. The deposition will take place at the Henderson City Attorney's Office, 240 Water Street, 4th Floor of City Hall, Henderson, Nevada 89015.

1

PLEASE TAKE FURTHER NOTICE that should the deponent require the assistance of an interpreter at the time of the deposition, deposing counsel should be notified at least seven (7) business days prior to the deposition, identifying the language and dialect, if any. If the deposition is suspended due to the need for an interpreter, the deponent shall bear the costs of such failed deposition.

You are invited to attend and cross-examine.

DATED this 6th day of February 2025.

CITY OF HENDERSON

NANCY D. SAVAGE
Assistant City Attorney
Nevada Bar No. 392
240 Water Street, MSC 144
Henderson, Nevada 89015
Attorneys for Defendants
City of Henderson, Officer C. Watts,
Officer B. Shaffer, Sgt. K. Abernathy

### CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I hereby certify that I am an employee of the CITY OF HENDERSON, and that on the 6th day of March 2025, I served by depositing the same in the United States Mail, postage fully prepaid thereon, a true and correct copy of the foregoing **NOTICE OF TAKING PLAINTIFF'S VIDEOTAPED DEPOSITION**, addressed as follows:

MARK CLIFFORD SYKES
P.O. Box 674
Russellville, Arkansas 72811

Employee of the Henderson City Attorney's Office