# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

Mark Clifford Sykes,

              Plaintiff

vs.

City of Henderson, et al.,

           Defendants

Case No.: 2:22-cv-00956-JAD-EJY

**ORDER APPOINTING
PRO BONO COUNSEL**

This case was referred to the *Pro Bono* Program adopted in the Third Amended General Order 2019-07 for appointment of *pro bono* counsel.  The Court has been informed that *pro bono* counsel has been identified.  **Attorney William Brown is hereby appointed as counsel for Plaintiff Mark Sykes.**

IT IS HEREBY ORDERED that William Brown is hereby appointed as *pro bono* counsel for Plaintiff through the United States District Court for the District of Nevada's *Pro Bono* Program.  As appointed counsel, he may seek reimbursement of reasonable expenses or compensation for services in any manner authorized under the Program.

IT IS FURTHER ORDERED that **the Clerk of Court is directed to ADD William Brown to the docket as counsel of record for the plaintiff.**  Brown will not be charged fees for use of the Court's filing system in this matter for the duration of the appointment.  Brown must submit a Notice of Completion Form to the *Pro Bono* Liaison no later than fourteen days after completion of legal services.

DATED: April 1, 2026

_____
UNITED STATES DISTRICT JUDGE