**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 011175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
Brandon.Kemble@cityofhenderson.com

Attorneys for Defendants
City of Henderson, Officer C. Watts,
Officer B. Shaffer, Sgt. K. Abernathy

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLIFFORD SYKES, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF HENDERSON, OFFICER C. WATTS P#2171, OFFICER B. SHAFFER P#2237, SERGEANT K. ABERNATHY P#1207 in their individual capacity, et. al., <br><br> Defendants. | CASE NO. 2:22-cv-00956-JAD-EJY <br><br> **NOTICE OF CHANGE OF HANDLING ATTORNEY** |

TO:    ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that effective May 14, 2026, Brandon P. Kemble, Assistant City Attorney for the City of Henderson, will be the handling attorney on this file.  Contact information for the undersigned is:

Brandon P. Kemble
Assistant City Attorney
Henderson City Attorneys' Office
240 Water Street, MSC 144
Henderson, Nevada 89015

(702) 267-1200 (telephone)
(702) 267-1201 (facsimile)
Brandon.kemble@cityofhenderson.com

CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET  MSC 144
HENDERSON, NV 89015

DATED: May 14, 2026

CITY OF HENDERSON

 /s/ Brandon Kemble
BRANDON KEMBLE
Nevada State Bar No. 011175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
Brandon.Kemble@cityofhenderson.com
Attorneys for Defendants

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 14th day of May 2026, I served the above and foregoing **NOTICE OF CHANGE OF HANDLING ATTORNEY,** through the Court's electronic filing system addressed to the following:

William H. Brown, Esq.
Brown Mishler, PLLC
911 North Buffalo Drive
Suite 202
Las Vegas, Nevada 89128
wbrown@brownmishler.com

 /s/ Laura Kopanski
An Employee of the City of Henderson
City Attorney's Office

2