**BRANDON P. KEMBLE**
Assistant City Attorney
Nevada Bar No. 011175
240 Water Street, MSC 144
Henderson, NV 89015
(702) 267-1200 Telephone
(702) 267-1201 Facsimile
Brandon.Kemble@cityofhenderson.com

Attorneys for Defendants
City of Henderson, Officer C. Watts,
Officer B. Shaffer, Sgt. K. Abernathy

CITY ATTORNEY'S OFFICE
CITY OF HENDERSON
240 S. WATER STREET MSC 144
HENDERSON, NV 89015

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLIFFORD SYKES,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HENDERSON, OFFICER C. WATTS P#2171, OFFICER B. SHAFFER P#2237, SERGEANT K. ABERNATHY P#1207 in their individual capacity, et. al.,<br><br>Defendants. | CASE NO. 2:22-cv-00956-JAD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(First Request for Extension of Trial Brief Deadline)** |

Plaintiff, Mark Clifford Sykes ("Skyes"), by and through counsel William H. Brown, Esq. and Defendants City of Henderson, Officer C. Watts, Officer B. Shaffer and Sergeant K. Abernathy ("Defendants"), through their counsel Assistant City Attorney Brandon P. Kemble, Esq., stipulate and request that this Court extend the deadline to file the Joint Pre-Trial Order currently due July 9, 2026 in the above-entitled matter, for a period of thirty-one (31) days, up to and including August 10, 2026.

Good cause exists for the extension. Plaintiff was appointed as pro bono-counsel April 1, 2026 (ECF 63). There was some delay in counsel's ability to commence work on the case because of request by Plaintiff Sykes to clarify counsel's role in the case, which has since been resolved. [*See* ECF No. 66]. Counsel of record for Defendants recently took over this case in May, 2026, following

1

the retirement of the attorney who had been handling it.

In light of the voluminous videos and long history of this case, it would benefit the parties and judicial economy for counsel to take additional time to confirm the necessary witnesses, videos, and other exhibits for trial and to reach reasonable stipulations to narrow the issues for trial.

| WILLIAM H. BROWN, LTD | CITY ATTORNEYS' OFFICE |
|---|---|
| /s/ *William Brown, Esq.* | /s/ *Brandon Kemble, Esq.* |
| WILLIAM H. BROWN, ESQ. | BRANDON P. KEMBLE, ESQ. |
| 400 South Fourth Street, Suite 600 | Assistant City Attorney |
| Las Vegas, Nevada 89101 | Nevada Bar No. 011175 |
| *Attorneys for Plaintiff* | 240 Water Street, MSC 144 |
| Mark Sykes | Henderson, Nevada 89015 |
| | *Attorneys for Defendants* |
| | City of Henderson, Officer C. Watts, |
| | Officer B. Shaffer, Sgt. K. Abernathy |
| Dated: July 6, 2026 | Dated: July 6, 2026 |

### ORDER

**IT IS SO ORDERED.**

Dated: _July 6, 2026_

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted by:

CITY ATTORNEYS' OFFICE

/s/ *Brandon Kemble, Esq.*
BRANDON P. KEMBLE, ESQ.
Assistant City Attorney
Nevada Bar No. 011175
240 Water Street, MSC 144
Henderson, Nevada 89015
*Attorney for Defendants*

City of Henderson, Officer C. Watts,
Officer B. Shaffer, Sgt. K. Abernathy

2