WILLIAM H. BROWN, ESQ. (7623)
THE LAW OFFICES OF
WILLIAM H. BROWN, LTD.
400 S. 4th St., Suite 600
Las Vegas, NV 89101
Tel.: (702) 816-2200
E-mail: WBrown@BrownMishler.com
*Attorney for Plaintiff Mark Clifford Sykes*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| MARK CLIFFORD SYKES,<br>Plaintiff,<br>v.<br>OFFICER CODY WATTS, OFFICER BRIAN SHAFFER, and SERGEANT KEVIN ABERNATHY, in their individual capacities,<br>Defendants. | CASE NO.: 2:22-cv-00956-JAD-EJY<br>**STIPULATION AND ORDER TO EXTEND TIME**<br>District Judge: Jennifer A. Dorsey<br>Magistrate Judge: Elaina J. Youchah |

Plaintiff Mark Clifford Sykes ("Plaintiff") and Defendants City of Henderson, Officer C. Watts, Officer B. Shaffer and Sergeant K. Abernathy ("Henderson Defendants") through their respective counsel, William H. Brown (**PRO BONO COUNSEL**) and Brandon P, Kemble, stipulate and agree that:

1. On October 20, 2026, the Court issued an Order Regarding Trial [ECF No. 79].
2. The Order sets a Calendar Call on November 9, 2026, at 11:00 am.
3. The Order requires the following by Monday November 2, 2026:
    a. Complete list of all exhibits
    b. Proposed Voir Dire Questions
    c. Witness List
    d. Deposition Designations
    e. Proposed Jury Instructions

f. Trial Briefs

Pro bono counsel for Mr. Sykes is out of town on Friday and will be working on this matter over the weekend. Counsel for the parties have exercised diligence in attempting to meet the Court's deadlines and witness lists, exhibit lists, jury instructions, verdict forms have been exchanged; however, counsel believe that with more time they can resolve a substantial amount of disputes prior to calendar call.

Moreover, the Court's prior Proposed Joint Pretrial Order [ECF No. 73] set the deadline for the above materials to be filed the day before calendar call (then November 10, 2026) and the parties experienced some confusion over the revised deadline in the Court's trial order.

**[CONTINUED ON NEXT PAGE]**

Regardless, more time will allow counsel to resolve issues for trial without burdening the Court. The parties stipulate and request that the Court extend the deadline from 12:00 p.m. on November 2, 2026, to 12:00 p.m. on November 6, 2026 for the following items:

a. Complete list of all exhibits

b. Proposed Voir Dire Questions

c. Witness List

d. Deposition Designations

e. Proposed Jury Instructions

f. Trial Briefs

WILLIAM H. BROWN, LTD

*/s/ William Brown, Esq.*
WILLIAM H. BROWN, ESQ.
400 South Fourth Street, Suite 600
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*
Mark Sykes

Dated: October 29, 2026

CITY ATTORNEYS' OFFICE
*/s/ Brandon Kemble, Esq.*
BRANDON P. KEMBLE, ESQ.
Assistant City Attorney Nevada Bar No. 011175 240 Water Street, MSC 144
Henderson, Nevada 89015
*Attorneys for Defendants*
City of Henderson, Officer C. Watts, Officer B. Shaffer, Sgt. K. Abernathy

Dated: October 29, 2026

# ORDER

**IT IS SO ORDERED** that the Order Regarding Trial [ECF No. 79] is amended and the deadline for the following documents:

a. Complete list of all exhibits
b. Proposed Voir Dire Questions
c. Witness List
d. Deposition Designations
e. Proposed Jury Instructions
f. Trial Briefs

from 12:00 p.m. on November 2, 2026, to **12:00 p.m. on November 6, 2026.** All other provisions and requirements of the Court's order remain in place.

______________________________
**UNITED STATES JUDGE**

DATED: October 30, 2026

Respectfully submitted by:

*/s/ William H. Brown*
THE LAW OFFICES OF
WILLIAM H. BROWN, LTD.
400 S. 4th St., Suite 600
Las Vegas, NV 89101
*Attorney for Plaintiff Mark Clifford Sykes*